UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISAFI FLP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR GARCIA,<br><br>　　　　　　Defendant. | Case No. 16-cv-02916-JCS<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

　　.

Dated: June 20, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　United States Magistrate Judge